**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC., and <br> UNILOC LUXEMBOURG, S.A., <br>     Plaintiffs, <br> <br> v. <br> <br> AKAMAI TECHNOLOGIES, INC., <br>     Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §  Civil Action No. 2:17-cv-00375-JRG |

## NOTICE OF AGREED SELECTION OF MEDIATOR

Counsel for Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg, S.A. ("Uniloc"), and Counsel for Defendant Akamai Technologies, Inc. ("Akamai"), hereby notify the Court that they have conferred and agree to select William Cornelius to serve as the mediator in this above-captioned case.  Mr. Cornelius may be contacted at:

> William Cornelius
> One American Center
> 909 ESE Loop 323, Suite 400
> Tyler, Texas 75701
> Direct Line: 903-509-5004
> Fax: 903-509-5091
> wc@wilsonlawfirm.com

Date:  July 28, 2017                                        Respectfully submitted,

                                                                            */s/ Kevin Gannon*
                                                                            Paul J. Hayes
                                                                            Kevin Gannon
                                                                            Prince Lobel Tye LLP
                                                                            One International Place - Suite 3700
                                                                            Boston, MA 02110
                                                                            Tel: 617-456-8000
                                                                            Email: phayes@princelobel.com
                                                                            Email: kgannon@princelobel.com

Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
Anthony M. Vecchione
anthony@nelbum.com
Texas State Bar No. 24061270
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

**ATTORNEYS FOR THE PLAINTIFFS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that Plaintiffs' counsel has met and conferred with counsel for Defendant and the parties have agreed to the selection of mediator for this case as set forth herein.

*/s/ Kevin Gannon*

**CERTIFICATE OF SERVICE**

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via email on July 28, 2017.

*/s/ Kevin Gannon*