**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNILOC USA, INC. AND<br>UNILOC LUXEMBOURG, S.A.,<br><br>      Plaintiff,<br><br>  v.<br><br>AKAMAI TECHNOLOGIES, INC.,<br><br>      Defendant. | Case No. 2:17-cv-00375-JRG |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN
SUPPORT OF MOTION TO DISMISS OR TRANSFER DUE TO IMPROPER VENUE**

Before the Court is Defendant Akamai Technologies, Inc.'s ("Akamai") Unopposed Motion to Extend Time to File Reply in Support of its Motion to Dismiss or Transfer Due to Improper Venue. (Dkt. No. 32.) Having considered the unopposed motion, the Court finds that it should be GRANTED.

It is therefore ORDERED that the deadline for Akamai to file its reply in support of its Motion to Dismiss or Transfer Due to Improper Venue is extended by five (5) days to August 16, 2017.

**So Ordered this**
**Aug 10, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE