# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC., and <br> UNILOC LUXEMBOURG, S.A., <br>     Plaintiffs, <br><br> v. <br><br> AKAMAI TECHNOLOGIES, INC., <br>     Defendant. | Civil Action No. 2:17-cv-00375-JRG |

## RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs hereby give notice that the above-captioned action is hereby voluntarily dismissed Without Prejudice against the Defendant, Akamai Technologies, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Defendant, Akamai Technologies, Inc., has not filed either an answer or a motion for summary judgment in this matter.

Dated: August 11, 2017

Respectfully submitted,

*/s/ Kevin Gannon*
Paul J. Hayes
Kevin Gannon
**PRINCE LOBEL TYE LLP**
One International Place, Suite 3700
Boston, MA 02110
Tel: (617) 456-8000
Email: phayes@princelobel.com
Email: kgannon@princelobel.com

2765556.v1

        Edward R. Nelson III
        ed@nelbum.com
        Texas State Bar No. 00797142
        Anthony M. Vecchione
        anthony@nelbum.com
        Texas State Bar No. 24061270
        **NELSON BUMGARDNER PC**
        3131 West 7th Street, Suite 300
        Fort Worth, TX 76107
        Tel: (817) 377-9111
        Fax: (817) 377-3485

        **ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 11, 2017.

        */s/ Kevin Gannon*

2765556.v1